```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JEREMY R. JEHANGIRI
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for:
    The United States of America
 7
 8                 UNITED STATES DISTRICT COURT
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  1:10-CR-00426-LJO
                                 )
12              Plaintiff,       )  FINAL ORDER OF FORFEITURE
                                 )
13       v.                      )
                                 )
14  ANGEL LANDIN,                )
                                 )
15              Defendant.       )
                                 )
16
```

17      WHEREAS, on August 5, 2011, the Court entered a Preliminary

18 Order of Forfeiture, pursuant to the provisions of 18 U.S.C. §

19 2253, based upon the entry of plea and application for

20 preliminary order of forfeiture entered into between plaintiff

21 and defendant Angel Landin forfeiting to the United States the

22 following property:

23          a.   Dell Studio XPS 435T Mid-Tower
                 Computer w/ 700 GB  HDD;
24               Service Code #25657326145.

25      AND WHEREAS, beginning on September 3, 2011, for at least 30

26 consecutive days, the United States published notice of the

27 Court's Order of Forfeiture on the official internet government

28 forfeiture site www.forfeiture.gov.  Said published notice

                              1          Final Order of Forfeiture

advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Angel Landin.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:   December 14, 2011**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE